IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

KYLEEN ELPEL,

        CV-18-88-GF-JTJ

    Plaintiff,

v.

**ORDER**

NATIONAL FARMERS UNION
PROPERTY AND CASUALTY
COMPANY,

    Defendant.

The Court has been informed that this case settled (Doc. 13). Accordingly,

**IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED**. The

parties shall file a stipulation for dismissal and submit to the undersigned a

proposed order of dismissal on or before **October 17, 2018**, or show good cause

for their failure to do so.

DATED this 17th day of September, 2018.

John Johnston
United States Magistrate Judge